[No. 47669-6-I.   Division One.   November 19, 2001.]

SHAM RATTY, ET AL., *Appellants*, v. THE UNIVERSITY OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-10561-4, Suzanne M. Barnett, J., entered October 20, 2000. *Reversed* by unpublished opinion per Becker, A.C.J., concurred in by Coleman and Webster, JJ.

[No. 47683-1-I.   Division One.   November 19, 2001.]

MARKET NORTHWEST, INC., *Appellant*, v. GRAND SOFT EQUIPMENT COMPANY, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 97-2-18634-0, Jay V. White, J., entered September 22, and October 17, 2000. *Reversed with instructions* by unpublished opinion per Ellington, J., concurred in by Grosse and Baker, JJ.

[No. 47715-3-I.   Division One.   November 19, 2001.]

JAMES L. BUCHANAN, JR., *Appellant*, v. A.L. FOLEY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-15430-4, Jay V. White, J., entered November 21, 2000. *Reversed* by unpublished opinion per Ellington, J., concurred in by Coleman and Webster, JJ.

[No. 48132-1-I.   Division One.   November 19, 2001.]

*In the Matter of the Marriage of* CINDY M. MARTIN, *Appellant*, and GREGG W. HYNEK, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 95-3-07092-6, J. Kathleen Learned, J., entered January 22, 2001. *Reversed* by unpublished per curiam opinion.